UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK SMITH,<br><br>      Plaintiff,<br>v.<br><br>EVERGREEN TREATMENT SERVICES,<br><br>      Defendant. | CASE NO. C18-0701JLR<br><br>ORDER DENYING MOTION TO APPOINT COUNSEL |

On August 27, 2018, the court deferred ruling on Plaintiff Mark Smith's motion to appoint counsel until the pro bono screening committee could make a recommendation to the court pursuant to this District's plan for court-appointed representation of civil rights litigants. (8/27/18 Order (Dkt. # 11) at 2-3 (citing General Order 10-05, August 1, 2010, Section 3(c) (In re Amended Plan for the Representation of Pro Se Litigants in Civil Rights Actions)); *see also* Mot. (Dkt. # 7).) Defendant Evergreen Treatment Services opposes Mr. Smith's motion. (Resp. (Dkt. # 12).) The screening committee has now

ORDER - 1

reviewed the matter in accordance with the District's pro bono plan and recommends that counsel not be appointed. The court thus DENIES Mr. Smith's motion (Dkt. # 7).

The court emphasizes to Mr. Smith that he is now responsible for pursuing his case without the assistance of counsel. Materials to assist *pro se* litigants are available on District Court for the Western District of Washington's website. Although the court can afford some leeway to a *pro se* litigant, Mr. Smith is responsible for complying with case deadlines, the Federal Rules of Civil Procedure, and with the Western District of Washington's Local Rules.

Dated this 2nd day of October, 2018.

JAMES L. ROBART
United States District Judge