UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK SMITH, | CASE NO. C18-0701JLR |
| Plaintiff, | ORDER |
| v. | |
| EVERGREEN TREATMENT SERVICES, | |
| Defendant. | |

Before the court is Plaintiff Mark Smith's motion to extend the deadline for the parties to file their Federal Rule of Civil Procedure 26(f) joint status report and discovery plan. (Mot. (Dkt. # 21).) The present deadline is November 8, 2018. (10/4/18 Order (Dkt. # 18) at 1.) Mr. Smith requests an extension until December 8, 2018. (Mot. at 1.) Mr. Smith's motion is unopposed. (*See id.*) Accordingly, the court GRANTS it.

Pursuant to Federal Rule of Civil Procedure 16(b)(2) and Local Rule LCR 16(a), the court also finds good cause to delay issuing the Minute Order Setting Trial and

Related Dates until after the parties have filed their joint status report and discovery plan or there is a further order of the court. *See* Fed. R. Civ. P. 16(b)(2); Local Rules W.D. Wash. LCR 16(a).

Dated this 21st day of November, 2018.

JAMES L. ROBART
United States District Judge