1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10     MARK SMITH,                           CASE NO. C18-0701JLR

11                   Plaintiff,            ORDER STRIKING DISCOVERY
         v.                                  MOTION

12

13     EVERGREEN TREATMENT
    SERVICES,

14
                    Defendant.

15

16       Before the court is Defendant Evergreen Treatment Services's ("Evergreen")

motion to compel Plaintiff Mark Smith's responses to discovery.  (Mot. (Dkt. # 28).)

17

Evergreen filed that motion without first requesting a conference with the court.  (*See*

18

Dkt.)  The motion therefore contravenes the court's December 12, 2018, scheduling

19

order.  (*See* Sched. Order (Dkt. # 25) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v))

20

("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before

21

moving for an order relating to discovery, the movant must request a conference with the

22

ORDER - 1

1  court' by notifying [the courtroom deputy] . . . ." (second alteration in original))); *see*

2  *also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to

3  "direct that before moving for an order relating to discovery, the movant must request a

4  conference with the court").  The court therefore STRIKES Evergreen's motion to

5  compel discovery (Dkt. # 28) without prejudice to renewing the motion in a manner that

6  comports with the court's scheduling order.

7       Dated this 10th day of July, 2019.

8

9

10  JAMES L. ROBART
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22